1  Tanya E. Moore, SBN 206683
   MOORE LAW FIRM, P.C.
2  300 South First Street, Suite 342
   San Jose, California  95113
3  Telephone (408) 298-2000
   Facsimile (408) 298-6046
4  Emails: tanya@moorelawfirm.com;
   service@moorelawfirm.com
5
   Attorney for Plaintiff,
6  Gerardo Hernandez

7

8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11

12  GERARDO HERNANDEZ,                    )  No.  3:21-cv-00872-EMC
                                          )
13            Plaintiff,                   )  **STIPULATION FOR DISMISSAL OF**
                                          )  **ENTIRE ACTION**
14      vs.                               )
                                          )
15  7-ELEVEN, INC. dba 7-ELEVEN #2234;    )
    THE MISSION 38 PARTNERS A             )
16  CALIFORNIA LIMITED PARTNERSHIP;       )
                                          )
17            Defendants.                  )
                                          )
18                                        )
                                          )
19                                        )
                                          )
20  _____      )

21

22

23

24

25

26

27

28

1      **IT IS HEREBY STIPULATED** by and between Plaintiff Gerardo Hernandez and

2    Defendants, 7-Eleven, Inc. dba 7-Eleven #2234; and The Mission 38 Partners, a California

3    Limited Partnership, the parties to this action, that pursuant to Federal Rule of Civil Procedure

4    41(a)(1)(A)(ii), the above-captioned action is dismissed with prejudice in its entirety. Each

5    party is to bear its own attorneys' fees and costs.

Dated: September 15, 2021        MOORE LAW FIRM, P.C.

                                    */s/ Tanya E. Moore*
                                      Tanya E. Moore
                                      Attorney for Plaintiff,
                                      Gerardo Hernandez

Dated: September 15, 2021        VAUGHAN & ASSOCIATES
                                      LAW OFFICE, APC

                                      */s/ Cris C. Vaughan*
                                      Cris C. Vaughan
                                      Attorneys for Defendant,
                                      The Mission 38 Partners, a California Limited
                                      Partnership

Dated: September 15, 2021        CALL & JENSEN

                                      */s/ Michael S. Orr*
                                      Michael S. Orr
                                      Attorneys for Defendant,
                                      7-Eleven, Inc.

**ATTESTATION**

Concurrence in the filing of this document has been obtained from each of the individual(s) whose electronic s[...]

                                    */s/ Tanya E. Moore*
                                    Tanya E. Moore
                                    Attorney for Plaintiff,
                                      Gerardo Hernandez

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
GRANTED
Judge Edward M. Chen

Dated: 9/15/2021

STIPULATION FOR DISMISSAL OF ENTIRE ACTION